

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

ROBERT R. MCNAMARA,
    Debtor

Ch. 7

17-11329-MSH

## Proceeding Memorandum and Order

**MATTER:**
Telephonic Hearing: #49 Expedited Motion of Bank of Canton for Entry of Order of Comfort Determining that Relief from Stay is Inapplicable or Alternatively Granted for the Purpose of Preserving the Statute of Limitations under MUFTA and Obtaining Injunctive Relief Against Sparrell (M. Wirtz)
(Objections due 10/19/20, at 12:00 noon)

### Decision set forth more fully as follows:

Telephonic hearing held. For the reasons set forth on the record, the motion is allowed in part. Counsel to Bank of Canton shall file and serve a proposed form of order in ECF as a supplemental document and submit a copy in Word format to msh@mab.uscourts.gov.

Dated: 10/20/2020

By the Court,

*/s/ Melvin S. Hoffman*

Melvin S. Hoffman
United States Bankruptcy Judge